SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $61.82 | $61.82 |
| FICA/MED | $80.88 | $80.88 |
| SUI TAX | $0.74 | $0.74 |
| PENNA | $32.46 | $32.46 |
| PHILA | $36.37 | $36.37 |
| CO-PAY PENSION | $50.00 | $50.00 |
| LIFE INSUR. | $1.00 | $1.00 |
| PRIMARY CHECK | $794.03 | $794.03 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $1,057.30 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,057.30 | - | $212.27 | - | $51.00 | = | $794.03 | | 131117240 | $794.03 |
| Y TO D | $1,057.30 | - | $212.27 | - | $51.00 | = | $794.03 | 02-08-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$794.03

TO THE ORDER OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    02-14-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $30.45 | $92.27 |
| FICA/MED | $64.71 | $145.59 |
| SUI TAX | $0.59 | $1.33 |
| PENNA | $25.97 | $58.43 |
| PHILA | $29.10 | $65.47 |
| ROTH 457B POST | $30.00 | $30.00 |
| 457B | $50.00 | $50.00 |
| CO-PAY PENSION | $50.00 | $100.00 |
| LIFE INSUR. | $0.00 | $1.00 |
| PRIMARY CHECK | $565.02 | $1,359.05 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 32 | $845.84 | $1,903.14 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $845.84 | - | $150.82 | - | $130.00 | = | $565.02 |  | 131124787 | $565.02 |
| Y TO D | $1,903.14 | - | $363.09 | - | $181.00 | = | $1,359.05 | 02-15-2025 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$565.02

TO THE ORDER OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    02-21-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| TAX DEDUCTIONS | YEAR TO DATE |
|---|---|
| FEDERAL TAX | $10.69 | $102.96 |
| FICA/MED | $50.55 | $196.14 |
| SUI TAX | $0.46 | $1.79 |
| PENNA | $20.29 | $78.72 |
| PHILA | $22.73 | $88.20 |
| ROTH 457B POST | $30.00 | $60.00 |
| 457B | $50.00 | $100.00 |
| CO-PAY PENSION | $50.00 | $150.00 |
| LIFE INSUR. | $0.00 | $1.00 |
| PRIMARY CHECK | $426.09 | $1,785.14 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 25 | $660.81 | $2,563.95 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $660.81 | - | $104.72 | - | $130.00 | = | $426.09 |  | 131132557 | $426.09 |
| Y TO D | $2,563.95 | - | $467.81 | - | $311.00 | = | $1,785.14 | 02-22-2025 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$426.09

TO THE ORDER OF

AA 22 14    507         S              25885
SHARELL WYVETTE FAGBEYIRO       02-28-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH   SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $55.82 | $158.78 |
| FICA/MED | $80.89 | $277.03 |
| SUI TAX | $0.74 | $2.53 |
| PENNA | $32.46 | $111.18 |
| PHILA | $36.37 | $124.57 |
| ROTH 457B POST | $30.00 | $90.00 |
| 457B | $50.00 | $150.00 |
| UNION DUES | $12.20 | $12.20 |
| CO-PAY PENSION | $50.00 | $200.00 |
| LIFE INSUR. | $0.00 | $1.00 |
| PRIMARY CHECK | $708.82 | $2,493.96 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $3,621.25 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,057.30 | - | $206.28 | - | $142.20 | = | $708.82 | | 131140168 | $708.82 |
| Y TO D | $3,621.25 | - | $674.09 | - | $453.20 | = | $2,493.96 | 03-01-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$708.82

TO THE ORDER OF

AA 22 14     507           S                25885
SHARELL WYVETTE FAGBEYIRO              03-07-2025
219 BARKER AVENUE
SHARON HILL PA   19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $61.82 | $220.60 |
| FICA/MED | $80.88 | $357.91 |
| SUI TAX | $0.74 | $3.27 |
| PENNA | $32.46 | $143.64 |
| PHILA | $36.37 | $160.94 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| UNION DUES | $12.20 | $24.40 |
| CO-PAY PENSION | $50.00 | $250.00 |
| LIFE INSUR. | $1.00 | $2.00 |
| PRIMARY CHECK | $781.83 | $3,275.79 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $4,678.55 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,057.30 | - | $212.27 | - | $63.20 | = | $781.83 | | 131148067 | $781.83 |
| Y TO D | $4,678.55 | - | $886.36 | - | $516.40 | = | $3,275.79 | 03-08-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$781.83

TO THE ORDER OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    03-14-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---:|---:|
| FEDERAL TAX | $61.82 | $282.42 |
| FICA/MED | $80.88 | $438.79 |
| SUI TAX | $0.74 | $4.01 |
| PENNA | $32.46 | $176.10 |
| PHILA | $36.37 | $197.31 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| INIT. FEE | $25.00 | $25.00 |
| UNION DUES | $12.20 | $36.60 |
| CO-PAY PENSION | $50.00 | $300.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| PRIMARY CHECK | $757.83 | $4,033.62 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---:|---:|---:|---:|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $5,735.85 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---:|---|---:|---|---:|---|---:|---|---|---:|
| CURR | $1,057.30 | - | $212.27 | - | $87.20 | = | $757.83 | | 131155723 | $757.83 |
| Y TO D | $5,735.85 | - | $1,098.63 | - | $603.60 | = | $4,033.62 | 03-15-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$757.83

TO THE
ORDER
OF

AA 22 14      507            S              25885
SHARELL WYVETTE FAGBEYIRO              03-21-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $36.45 | $318.87 |
| FICA/MED | $64.70 | $503.49 |
| SUI TAX | $0.59 | $4.60 |
| PENNA | $25.97 | $202.07 |
| PHILA | $29.10 | $226.41 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| INIT. FEE | $25.00 | $50.00 |
| UNION DUES | $12.20 | $48.80 |
| CO-PAY PENSION | $50.00 | $350.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| PRIMARY CHECK | $601.83 | $4,635.45 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 32 | $845.84 | $6,581.69 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $845.84 | - | $156.81 | - | $87.20 | = | $601.83 | | 131163579 | $601.83 |
| Y TO D | $6,581.69 | - | $1,255.44 | - | $690.80 | = | $4,635.45 | 03-22-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$601.83

TO THE
ORDER
OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    03-28-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH    SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $61.82 | $380.69 |
| FICA/MED | $80.90 | $584.39 |
| SUI TAX | $0.74 | $5.34 |
| PENNA | $32.46 | $234.53 |
| PHILA | $36.37 | $262.78 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| INIT. FEE | $25.00 | $75.00 |
| UNION DUES | $12.20 | $61.00 |
| CO-PAY PENSION | $50.00 | $400.00 |
| UNION COPE | $2.00 | $2.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| PRIMARY CHECK | $755.81 | $5,391.26 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $7,638.99 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,057.30 | - | $212.29 | - | $89.20 | = | $755.81 | | 131171233 | $755.81 |
| Y TO D | $7,638.99 | - | $1,467.73 | - | $780.00 | = | $5,391.26 | 03-29-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$755.81

TO THE
ORDER
OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    04-04-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH   SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $61.82 | $442.51 |
| FICA/MED | $80.88 | $665.27 |
| SUI TAX | $0.74 | $6.08 |
| PENNA | $32.46 | $266.99 |
| PHILA | $36.37 | $299.15 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| INIT. FEE | $25.00 | $100.00 |
| UNION DUES | $12.20 | $73.20 |
| CO-PAY PENSION | $50.00 | $450.00 |
| UNION COPE | $2.00 | $4.00 |
| LIFE INSUR. | $1.00 | $3.00 |
| PRIMARY CHECK | $754.83 | $6,146.09 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 40 | $1,057.30 | $8,696.29 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,057.30 | - | $212.27 | - | $90.20 | = | $754.83 | | 131179162 | $754.83 |
| Y TO D | $8,696.29 | - | $1,680.00 | - | $870.20 | = | $6,146.09 | 04-05-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$754.83

TO THE ORDER OF

AA 22 14      507           S            25885
SHARELL WYVETTE FAGBEYIRO              04-11-2025
219 BARKER AVENUE
SHARON HILL PA    19079

SOUTHEASTERN PA TRANSP AUTH   SHARELL WYVETTE FAGBEYIRO
AA22
25885

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $5.71 | $1,163.61 |
| FICA/MED | $42.91 | $1,485.69 |
| SUI TAX | $0.44 | $13.78 |
| PENNA | $19.08 | $604.00 |
| PHILA | $21.38 | $663.42 |
| AFLAC-PRETAX | $34.08 | $68.16 |
| AFLAC-POST TAX | $46.20 | $92.40 |
| HEALTH COPAY | $26.43 | $185.01 |
| ROTH 457B POST | $0.00 | $90.00 |
| 457B | $0.00 | $150.00 |
| INIT. FEE | $0.00 | $150.00 |
| UNION DUES | $12.20 | $183.00 |
| CO-PAY PENSION | $50.00 | $900.00 |
| CONS OTH DEDUC | $3.00 | $27.00 |
| VICTORY AVENUE | $0.00 | $3.88 |
| PRIMARY CHECK | $360.08 | $13,894.05 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 23.34 | $619.01 | $19,383.82 |
| PERSN'LDAY | 0 | 0 | $0.00 | $280.18 |
| ACCIDNTREPORT | 0 | 0 | $2.50 | $10.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $621.51 | - | $89.52 | - | $171.91 | = | $360.08 | | 131249511 | $360.08 |
| Y TO D | $19,674.00 | - | $3,934.38 | - | $1,845.57 | = | $13,894.05 | 06-07-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

MUNICIPAL CREDIT

XXXXXXXXXXXXXXXX

CHECK

$360.08

TO THE ORDER OF

AA 22 14    507    S    25885
SHARELL WYVETTE FAGBEYIRO    06-13-2025
219 BARKER AVENUE
SHARON HILL PA    19079