L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Sharell Fagbeyiro** : Chapter 13

: Case No: 25-12270-pmm

\* \* \* \* \* \*

## CERTIFICATION OF SERVICE

    I, Michelle Lee, certify that on January 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Certificate of Service

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  1/6/2026

/s/ Michelle Lee  
DILWORTH PAXSON LLP  
Michelle Lee, Esq.  
1650 Market Street, Suite 1200  
Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| **Sharell Fagbeyiro**<br>219 Barker Ave<br>Sharon Hill, PA 19079 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | US Trustee | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| Creditors Matrix | Creditors | ☐ Hand-delivered<br>☐ x Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**Bank of America**
Attn: Bankruptcy                                     (15016116)
4909 Savarese Circle                                 (cr)
Tampa, FL 33634

**Bridgecrest Acceptance Corp**
7300 East Hampton Avenue                             (15016117)
Suite 100                                            (cr)
Mesa, AZ 85209

**Bridgecrest Acceptance Corporation c/o AIS Portfol**
4515 N. Santa Fe Ave. Dept. APS                      (15025427)
Oklahoma City, OK 73118                              (cr)

**Bridgecrest Credit Company, LLC as Agent**
AIS Portfolio Services, LLC                          (15017306)
4515 N Santa Fe Ave. Dept. APS                       (ntcapr)
Oklahoma City, OK 73118

**Comenity Bank/Express**
Attn: Bankruptcy                                     (15016118)
Po Box 182125                                        (cr)
Columbus, OH 43218

**Comenity Bank/Kay Jewelers**
Attn: Bankruptcy                                     (15016119)
Po Box 182125                                        (cr)
Columbus, OH 43218

**Comenity Capital/Gamestop**
Attn: Bankruptcy                                     (15016120)
Po Box 182125                                        (cr)
Columbus, OH 43218

**Credit One Bank**
Attn: Bankruptcy Department                          (15016121)
6801 Cimarron Rd                                     (cr)
Las Vegas, NV 89113

**Dept Of Education/neln**
Po Box 82561                                         (15016122)
Lincoln, NE 68501                                    (cr)

**Discover Financial**
Attn: Bankruptcy                                     (15016123)
Po Box 3025                                          (cr)
New Albany, OH 43054

**Dsnb Bloomingdales**  
Attn: Bankruptcy  (15016124)  
Po Box 8053  (cr)  
Mason, OH 45040  

**First Premier Bank**  
Attn: Bankruptcy  (15016125)  
Po Box 5524  (cr)  
Sioux Falls, SD 57117  

**First Premier Bank**  
3820 N Louise Ave  (15016126)  
Sioux Falls, SD 57107  (cr)  

**IC Systems, Inc**  
Attn: Bankruptcy  (15016127)  
Po Box 64378  (cr)  
St. Paul, MN 55164  

**irs**  
po box 7346  (15016128)  
Philadelphia, PA 19101  (cr)  

**Jefferson Capital Systems, LLC**  
Attn: Bankruptcy  (15016129)  
200 14th Ave E  (cr)  
Sartell, MN 56377  

**Jefferson Capital Systems, LLC**  
PO BOX 7999  (15033805)  
SAINT CLOUD, MN 56302-9617  (cr)  

**klarna inc**  
800 n high st, ste 400  (15016130)  
Columbus, OH 43215  (cr)  

**lankenau medical center**  
100 e lancaster ave  (15016131)  
Wynnewood, PA 19096  (cr)  

**LVNV Funding, LLC**  
Resurgent Capital Services  (15017386)  
PO Box 10587  (cr)  
Greenville, SC 29603-0587  

**Lvnv Funding/Resurgent Capital**  
Attn: Bankruptcy  (15016132)  
Po Box 10497  (cr)  
Greenville, SC 29603  

**Macys/fdsb**  (15016133)  
Attn: Bankruptcy  (cr)

9111 Duke Boulevard
Mason, OH 45040

**main line health broomall**  
1991 sproul rd  
Broomall, PA 19008  
(15016134)  
(cr)

**MERRICK BANK**  
Resurgent Capital Services  
PO Box 10368  
Greenville, SC 29603-0368  
(15019030)  
(cr)

**Merrick Bank/Card Works**  
Attn: Bankruptcy  
Po Box 9201  
Old Bethpage, NY 11804  
(15016135)  
(cr)

**MIDFIRST BANK**  
999 NorthWest Grand Boulevard  
Oklahoma City, OK 73118  
(15032333)  
(cr)

**MIDFIRST BANK**  
C/O KML Law Group  
701 Market Street Suite 5000  
Philadelphia, PA. 19106  
(15030874)  
(ntcapr)

**Midland Credit Management, Inc.**  
PO Box 2037  
Warren, MI 48090  
(15035851)  
(cr)

**Midland Credit Management, Inc.**  
as agent for Midland Funding, LLC  
PO Box 2037  
Warren, MI 48090  
(15036068)  
(cr)

**Midland Credit Mgmt**  
Attn: Bankruptcy  
Po Box 939069  
San Diego, CA 92193  
(15016136)  
(cr)

**Midland Funding, LLC**  
Attn: Bankruptcy  
Po Box 939069  
San Diego, CA 92193  
(15016137)  
(cr)

**Midland Mortgage Co**  
Attn: Customer Service/Bankruptcy  
Po Box 26648  
Oklahoma City, OK 73216  
(15016138)  
(cr)

**Mission Lane LLC**  
Attn: Bankruptcy  
(15016139)  
(cr)

P.O. Box 105286
Atlanta, GA 30348

**MUNICIPAL CREDIT UNION**
22 CORTLANDT ST 24 FL
NEW YORK, NY 10007

(15039596)
(cr)

**Municipal Credit Union**
Attn: Bankuptcy
Pob 3205, Church St Station
New York City, NY 10007

(15016140)
(cr)

**Navy FCU**
PO Box 2464
Merrifield, VA 22116

(15016141)
(cr)

**Navy Federal Cr Union**
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

(15016142)
(cr)

**Navy Federal Credit Union**
P.O. Box 3000
Merrifield, VA 22119

(15032434)
(cr)

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(15016143)
(cr)

**quantum3**
po bx 788
Kirkland, WA 98083

(15016144)
(cr)

**Quantum3 Group LLC as agent for**
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

(15017345)
(cr)

**Santander Consumer USA, Inc**
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

(15016145)
(cr)

**Sezzle**
Attn: Bankruptcy
Po Box 3320
Minneapolis, MN 55403

(15016146)
(cr)

**Synchrony Bank**
by AIS InfoSource LP as agent

(15038540)
(cr)

4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Synchrony Bank/Banana Republic**
Attn: Bankruptcy                                                    (15016147)
Po Box 965060                                                       (cr)
Orlando, FL 32896

**Synchrony Bank/Care Credit**
Attn: Bankruptcy                                                    (15016148)
Po Box 965060                                                       (cr)
Orlando, FL 32896

**U.S. Department of Housing and Urban Development**
801 Market Street                                                   (15016537)
Philadelphia, PA 19107                                              (cr)

**Upstart Finance**
Attn: Bankruptcy                                                    (15016149)
Po Box 1503                                                         (cr)
San Carlos, CA 94070

**us attorneys office**
615 chestnut street, 12th floor                                     (15016150)
Philadelphia, PA 19106                                              (cr)

**US Department of Education c/o Nelnet**
121 S 13th St                                                       (15025856)
Lincoln, NE 68508                                                   (cr)

**US Department of Housing & Urban Develop**
12th Floor 801 Market Street                                        (15016151)
Philadelphia, PA 19107                                              (cr)

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328