# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sharell Fagbeyiro aka Sharell Dupree<br>      Debtor(s) | |
| MIDFIRST BANK, its successors and/or assigns<br>      Movant<br>  vs. | CHAPTER 13 |
| Sharell Fagbeyiro aka Sharell Dupree<br>      Debtor(s) | NO. 25-12270 PMM |
| Kenneth E. West<br>      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about August 6, 2025.

Dated: January 12, 2026

              Respectfully submitted,

              /s/Matthew Fissel
              Matthew Fissel, Esq.
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215)-627-1322
              mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Sharell Fagbeyiro aka Sharell Dupree<br><br>**Debtor(s)**<br><br>**MIDFIRST BANK**<br><br>**Movant**<br><br>vs.<br><br>**Sharell Fagbeyiro aka Sharell Dupree**<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br><br>**Trustee** | **BK NO. 25-12270 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 1/13/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 1/13/2026

/s/ **Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Sharell Fagbeyiro aka Sharell Dupree<br>219 Barker Ave<br>Sharon Hill, PA 19079 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michelle Lee<br>Dilworth Paxson<br>1500 Market Street Suite 3500E<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee (VIA ECF)<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |