**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sharell Fagbeyiro aka Sharell Dupree<br>Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>Moving Party<br>vs. | NO. 25-12270 PMM |
| Sharell Fagbeyiro aka Sharell Dupree<br>Debtor | |
| Kenneth E. West<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  23rd  day of _____February_____, 2026 at Philadelphia, upon consideration of this

Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains

discretion regarding entry of any further order.

_Patricia M. Mayer_

_____
United States Bankruptcy Judge