United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharell Fagbeyiro
Debtor

Case No. 25-12270-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 20, 2026 Form ID: 167 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharell Fagbeyiro, 219 Barker Ave, Sharon Hill, PA 19079-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:06 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:17 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |

| | |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Sharell Fagbeyiro bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 167* (1/25)−doc 42 − 41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Sharell Fagbeyiro | ) | Case No. 25−12270−pmm |
| aka Sharell Dupree | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor MIDFIRST BANK Filed by Sharell Fagbeyiro

on: 9/23/26

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: August 20, 2026

For The Court

Mohung Wong
Clerk of Court